**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Gunn Lloyd,<br><br>         Plaintiff,<br>vs.<br><br>Joseph M. Arpaio, et al.,<br><br>         Defendants. | No. CV-07-2638-PHX-PGR<br><br>ORDER |

Pending before the Court is the defendants' Rule 56(f) Motion to Continue Defendants' Response to Plaintiff's Motion for Summary Judgment Until Discovery is Completed, filed May 19, 2008, wherein the defendants request that they be allowed to conduct discovery for three months prior to having to respond to the plaintiff's summary judgment motion. A review of the record establishes that the plaintiff has to date failed to file any response to the motion notwithstanding that the Court, pursuant to an order entered on May 1, 2008 (doc. #30), stated that the plaintiff had 30 days after the Rule 56(f) motion was filed to file his response to it. The Court deems the plaintiff's failure to respond to the Rule 56(f) motion as his consent to the granting of the motion pursuant to LRCiv 7.2(i). Therefore,

IT IS ORDERED that the defendants' Rule 56(f) Motion to Continue

1  Defendants' Response to Plaintiff's Motion for Summary Judgment Until
2  Discovery is Completed (doc. #32) is granted pursuant to LRCiv 7.2(i) to the
3  extent that the defendants shall file their response to the plaintiff's Motion for
4  Summary Judgment no later than September 29, 2008.
5      DATED this 2nd day of July, 2008.

_____
Paul G. Rosenblatt
United States District Judge